

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

JUL 2 4 2024

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:24-cr-039 |
| v. | SUPERSEDING INDICTMENT |
| TODD DAVID MATHESON, | T. 18 U.S.C. § 2252(a)(2) |
| | T. 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | T. 18 U.S.C. § 2252(b)(1) |
| | T. 18 U.S.C. § 2252(b)(2) |
| | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Possession of Child Pornography)**

On or about March 7, 2024, in the Southern District of Iowa, the defendant, TODD DAVID MATHESON, knowingly possessed one or more matters which contained visual depictions that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct, and involving a prepubescent minor or a minor who had not attained the age of 12 years of age.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
(Receipt of Child Pornography)

From on or about July 15, 2023, up to and including November 26, 2023, in the Southern District of Iowa, the defendant, TODD DAVID MATHESON, did knowingly receive visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Distribution of Child Pornography)

From or about July 15, 2023, up to and including November 26, 2023, in the Southern District of Iowa, the defendant, TODD DAVID MATHESON, did knowingly distribute visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction of the offense(s) alleged in Counts 1, 2, and/or 3 of this Superseding Indictment, the defendant, TODD DAVID MATHESON, shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including a Samsung Model SM-S918U, IMEI: 357644121389971.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: Shelly Sudmann
Assistant United States Attorney