## United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 1:24-cr-00039-RGE-HCA-1   :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Todd David Matheson

---

Gov. Atty(s): Shelly Sudmann - telephonically   : ☐ Indictment  ☑ Superseding Indictment  ☐ Information
Def. Atty(s): Sean M. Conway - telephonically   : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference   : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding   : 18:2252(a)(4)(B) and 2252(b)(2). Possession of Child
Court Reporter:   : Pornography (1s)   18:2252(a)(2) and 2252(b)(1). Receipt of
Interpreter: N/A   : Child Pornography (2s)   18:2252(a)(2) and 2252(b)(1).
☐ Interpreter Sworn   Distribution of Child Pornography (3s)

Date: 8/1/2024
Initial Appearance Start Time:          Arraignment Start Time: 8:30 am   End Time: 8:33 am

### Initial Appearance

☐ Advised of Rights                              : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights        : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No      : ☐ Retained Counsel
☐ Rule 5 Admonition Given                        :

### Arraignment

Trial Scheduled for:                : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due:               : ☐ Indicted in True Name
Reciprocal Discovery due:           :    True Name:
Pretrial Motions due:               : ☑ Reading of Indictment Waived
Plea Notification Deadline:         :    Plea of Not Guilty Accepted as to Ct(s): 1s, 2s and 3s
Plea Entry Deadline:                : ☑ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ☑ Defendant advised that failure to enter a plea by deadline
                                    :    may negatively impact consideration and finding regarding
                                         reduction in offense level based upon Acceptance of
                                         Responsibility pursuant to USSG.

### Custody Status

☐ Government Moved for Detention           :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☐ Defendant Waived Detention Hearing       : Before:
Court Ordered Defendant:                   : Courthouse:           Room:
☐ Released on Bond                         : Revocation Hearing Set:
☐ Detained                                 : Before:
                                           : Courthouse:           Room:

Defendant filed a Waiver of Personal Appearance at Arraignment [31], which the court accepted [34]. Both attorneys named above appear at this hearing telephonically. Hearing dates and times remain as previously set.

/s/ V. Rule
Deputy Clerk